PATRICIA O'HALLERAN, an Infant, by PATRICK O'HALLERAN, Her Guardian ad Litem, et al., Respondents, v. QUEENSBORO LUMBER CO., INC., Defendant; TECHNICAL APPLIANCE CORPORATION, Appellant-Respondent, and CHARLES J. H. GIMPEL et al., Doing Business as CHARLES H. GIMPEL, Appellants.— Action to recover damages for personal injuries suffered by the infant plaintiff as a result of a fall, consequent on the negligent piling of lumber by defendants Gimpel partly on the highway and partly on a lot leased to defendant Technical Appliance Corporation. Companion action of the plaintiff parent for expenses and loss of services. Judgment in favor of plaintiffs and against defendants Gimpel and Technical Appliance Corporation, and judgment over against defendants Gimpel in favor of Technical Appliance Corporation, unanimously affirmed, with costs to plaintiffs against all appellants. No opinion. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ.

DANIEL PEARLSTEIN, Respondent, v. LAWRENCE W. BAFF et al., Appellants. (Consolidated appeals.) — Defendants appeal from an interlocutory judgment impressing a trust on certain real property and granting other incidental relief. Judgment reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. The finding that the property in question was an asset of the partnership has no support in the evidence. Appeal from decision dismissed. Appeal by defendants Garvin and Claridge Food Products Corp. from an order denying their motion for a new trial on the ground of newly discovered evidence dismissed, without costs. In view of the determination of the appeal from the interlocutory judgment, the appeal from the order is academic. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.